UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA COLLINS, | ) | CASE NO. 1:15cv2305 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **MEMORANDUM OPINION** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-entitled action. (Doc. No. 21.) Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). In this case, the fourteen-day period has elapsed and no objections have been filed. Further, defendant has filed a response indicating that she does not intend to file objections to the Report and Recommendation. (Doc. No. 22.) The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

1

The Court has reviewed the Magistrate Judge's Report and Recommendation and adopts the same. Accordingly, the final decision of the Commissioner is vacated and the case is remanded to the Commissioner, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED**.

Dated: September 12, 2016

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**