UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA COLLINS, | ) | CASE NO. 1:15CV2305 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| DEFENDANT. | ) | |

On September 12, 2016, the Court entered an order vacating the final decision of the Commissioner and remanding this matter to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Now before the Court is the parties' stipulation to award plaintiff attorney fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. No. 26.) Pursuant to the stipulation, the parties request that the Court enter an Order awarding plaintiff Cynthia Collins $3,500.00 in attorney fees and $400.00 in costs, for a total award of $3,900.00, and request that the Court find that this amount shall fully satisfy any and all of plaintiff's claims for fees, costs, and expenses under § 2412. (*Id*. at 1185.)

Upon review, the Court finds the stipulated amounts reasonable, and therefore awards plaintiff a total of $3,900.00, and further finds that this amount fully compensates plaintiff for fees, costs, and expenses under § 2412. Within 30 days of the date of this Order, the Commissioner shall determine whether plaintiff owes a preexisting debt to the government. The amount of this award shall be used first to offset that debt (if any exists), and the balance shall be

paid directly to plaintiff's attorney's law firm, to be credited against the total amount owed by plaintiff to her attorney. In light of the foregoing, plaintiff's motion for attorney fees and costs (Doc. No. 25) is denied as moot.

    **IT IS SO ORDERED**.


Dated: October 28, 2016

                                            **HONORABLE SARA LIOI**
                                            **UNITED STATES DISTRICT JUDGE**